IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH GODOY,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MONIVIRIN SON, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-1938 KJM KJN P<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME |

　　Having considered Defendant Bobbala's request for an extension of time to return a signed waiver of service, and good cause having been shown:

　　IT IS HEREBY ORDERED that:

　　1. Defendant Bobbala's request (ECF No. 26) is granted; and

　　2. Defendant Bobbala is granted a thirty-day extension of time, through and including September 2, 2021, to return a signed service waiver.

Dated:  August 3, 2021

/godo1938.eot

　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE