UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GODOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. SON, et al.,<br><br>　　　　Defendants. | No. 20-cv-1938 KJM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. This action proceeds on plaintiff's amended complaint raising Eighth Amendment claims against defendants Son, Hliang, Bobbala, Ikabo, and Austin. (ECF No. 19.) During the December 9, 2021 settlement conference, this case did not settle. Therefore, the stay is lifted, and defendants are directed to file a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (ECF No. 29) is lifted; and

2. Within thirty days from the date of this order, defendants shall file a responsive pleading.

Dated: December 13, 2021

/godo1938.lft

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE