UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GODOY,<br><br>            Plaintiff,<br><br>    v.<br><br>M. SON, et al.,<br><br>            Defendants. | No. 2:20-cv-1938 KJM KJN P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file and serve an opposition to defendants' January 12, 2022 motions to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 46) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file and serve a response.

Dated: February 11, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/godo1938.36